EDNA MINGES PHILLIPS, Appellant, v. JOHN FRANCIS THOMAS, Respondent.— Motion for reargument denied, with ten dollars costs; motion for leave to appeal

to the Court of Appeals denied. Present — Crosby, P. J., Cunningham, Taylor and Dowling, JJ.